AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

LODGED
CLERK, U.S. DISTRICT COURT
11/21/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: DTA     DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

FILED
Nov 21, 2022
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY  Nancy Boehme
Deputy Clerk, U.S. District Court

United States of America

v.

PEDRO MEDINA VILLAVALSO, also known as ("aka") "Pedro Villa Medina," aka "Pedro Medina," aka "Pedro Villavazo Medina," aka "Pedro Medina Villalvazo,"

Defendant(s)

Case No.  8:22-mj-00743-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>February 20, 2019</u> in the county of Orange in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§1326(a); (b)(1) | Illegal Alien Found in the United States Following Deportation or Removal |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

JARED BROMBERG
Deportation Officer, DHS
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  November 21, 2022

City and state:  Santa Ana, California

**DOUGLAS F. McCORMICK**
Judge's signature

Hon. DOUGLAS F. McCORMICK
U.S. Magistrate Judge
Printed name and title

AUSA: Larry Kole (&14) 338-3594

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT & ARREST WARRANT**
**(FOR VIOLATION OF 8 U.S.C. §§ 1326(a), (b)(1)**

I, Jared Bromberg, being duly sworn, do hereby declare and state the following:

**TRAINING AND EXPERIENCE**

1. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since June 2009. I am currently assigned to the Los Angeles Enforcement and Removal Operations ("ERO") Unit, Santa Ana office.

2. Prior to working as a DO with ICE, I worked as an Immigration Enforcement Agent with ICE since February 2007. Prior to working for ICE, I worked as a Customs and Border Protection Officer with United States Customs and Border Protection ("CBP") since July 2004. Prior to working for CBP, I worked as an Immigration Inspector for INS since August 2002.

**PURPOSE OF AFFIDAVIT**

3. This affidavit is made in support of a complaint and arrest warrant against PEDRO MEDINA VILLAVALSO, also known as ("aka") "Pedro Villa Medina," aka "Pedro Medina," aka "Pedro Villavazo Medina," aka "Pedro Medina Villalvazo" ("MEDINA"),

charging a violation of Title 8, United States Code, Section 1326(a), (b)(1) (Illegal Alien Found in the United States Following Deportation or Removal). The facts set forth in this affidavit are based upon my personal observations, my training and experience, data contained in DHS / ICE databases, the Alien File Number ("A-File") A95 761 427 that is assigned to MEDINA, and information obtained from witnesses and other law enforcement agencies and agents. This affidavit is intended to show that there is probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of, or investigation into, this matter.

## PROBABLE CAUSE

4. On or about February 20, 2019, MEDINA was determined to be at the Anaheim City Jail in Anaheim, California by Deportation Officer D. Sanchez ("DO Sanchez"). DO Sanchez is authorized to enforce Immigration laws pursuant to Section 287(a) of the Immigration and Nationality Act. DO Sanchez conducted a preliminary records check of the DHS/ICE database which revealed MEDINA was amenable to administrative enforcement action. An Immigration Detainer (Form I-247A) was issued against MEDINA. On or about February 20, 2019, MEDINA was transferred to the custody of the Orange County Sheriff's Department. On or about February 22, 2019, MEDINA was released

from the custody of the Orange County Sheriff's Department.

5. On or about October 20, 2022, MEDINA was determined to be at the Orange County Jail in Santa Ana, California by Deportation Officer R. Camacho ("DO Camacho"). DO Camacho is authorized to enforce Immigration laws pursuant to Section 287(a) of the Immigration and Nationality Act. A Request for Advance Notification of Release (Form I-247G) was issued against MEDINA.

6. A preliminary records check of the DHS database was conducted which revealed A-File A95 761 427 is assigned to MEDINA. An "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States. The A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by DHS (or INS) with respect to the subject alien for whom the A-File is maintained. Further records checks revealed that MEDINA was previously deported to Mexico.

7. On or about October 24, 2022, I received a photograph of MEDINA taken by the Anaheim Police Department upon his February 2019 arrest.

8. On or about October 24, 2022, I received certified booking photographs of MEDINA taken by the Orange County Sheriff's Department upon his February 2019 and October 2022

arrests.

9. On or about November 15, 2022, I obtained and reviewed a printout of the data from the California Criminal Identification Information ("CII") and the Federal Bureau of Investigation ("FBI") Identification Record for MEDINA, the individual who is the subject of this affidavit and who is currently in the custody of the Orange County Sheriff's Department. I compared the data on the CII and FBI to that found in the DHS Central Index System ("CIS") under the assigned A-File, which I believe is MEDINA's alien number. I also compared the data from the CII, FBI, and CIS records to printouts of the CII, FBI, and CIS records contained in the A-File. I found that the data from CII, FBI, and CIS records contained in MEDINA's A-File contain the same Federal Bureau of Investigation identification number that is found in the CII, FBI, and CIS records that I obtained. In addition, the CII and FBI printouts I obtained reflect the convictions that are described below. Based on this review, I believe that MEDINA is the same person who incurred the convictions described below and who was ordered deported and/or removed as described in the A-File.

10. On or about November 15, 2022, I reviewed A-File A95 761 427 which is maintained for subject alien MEDINA. A review

4

of MEDINA's A-File revealed the following information and documents:

      a.    Photographs of the alien subject to whom A-File A95 761 427 corresponds.  I compared these photographs to the booking photographs of MEDINA obtained from the Anaheim Police Department and the Orange County Sheriff's Department.  These photographs appear to depict the same person.  Thus, I believe that A-File A95 761 427 and its contents correspond to MEDINA.

      b.    A Record of Deportable/Inadmissible Alien (Form I-213), which indicated that Immigration Enforcement Agent Gabriel P. Cordova encountered MEDINA at the Anaheim City Jail in Anaheim, California, or about January 6, 2009.

      c.    A Notice and Order of Expedited Removal showing that MEDINA was ordered removed from the United States to Mexico by Arturo Nuila, Acting Watching Commander, on or about September 19, 2013.

      d.    An executed Notice to Alien Ordered Removed/Departure Verification indicating that MEDINA was officially removed and deported from the United States to Mexico on or about September 20, 2013, at the Port of Entry Calexico, California.

      e.    An executed Warrant of Removal/Deportation indicating that MEDINA was officially removed and deported from

the United States to Mexico on or about April 10, 2014, at the Port of Entry Del Rio, Texas.

      f.    A Notice and Order of Expedited Removal showing that MEDINA was ordered removed from the United States to Mexico by Troy Matthews, Watch Commander, on or about August 14, 2014.

      g.    An executed Notice to Alien Ordered Removed/Departure Verification indicating that MEDINA was officially removed and deported from the United States to Mexico on or about August 16, 2014, at the Port of Entry San Luis, Arizona.

      h.    An executed Warrant of Removal/Deportation indicating that MEDINA was officially removed and deported from the United States to Mexico on or about March 11, 2015, at the Port of Entry Paso Del Norte, El Paso, Texas.

      i.    I know from my training and experience that a Warrant of Removal, Warrant of Removal/Deportation, or a Notice to Alien Ordered Removed/Departure Verification is executed each time a subject alien is removed and deported from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and/or fingerprint. The executed Warrants of Removal/Deportation and Notices to Alien Ordered Removed/Departure Verification in MEDINA's A-File each contain a photograph, signature, and

fingerprint.

       j.    A record of conviction indicating that on or about June 21, 2013, Medina was convicted of Possession of Methamphetamine, in violation of California Health and Safety Code Section 11377(a), in the Superior Court of the State of California, County of Orange, Case Number 13NF2095, for which MEDINA was sentenced to 90 days of imprisonment.

       k.    A record of conviction indicating that on or about October 15, 2013, MEDINA was convicted of Illegal Entry, in violation of Title 8, United States Code, Section 1325(a)(1), in the United States District Court for the District of Arizona, Case Number 13-33275M, for which MEDINA was sentenced to 180 days of imprisonment.

       l.    A record of conviction indicating that on or about September 15, 2014, MEDINA was convicted of Illegal Entry, in violation of Title 8, United States Code, Section 1325(a)(1), in the United States District Court for the District of Arizona, Case Number 14-31721M, for which MEDINA was sentenced to 180 days of imprisonment.

       m.    A record of conviction indicating that on or about October 29, 2021, MEDINA was convicted of two counts of Lewd Act Upon a Child, in violation of California Penal Code Section 288(c)(1), in the Superior Court of the State of

California, County of Orange, Case Number 19NF2299, for which MEDINA was sentenced to 364 days of imprisonment. On or about October 24, 2022, MEDINA was found to be in violation of his probation and was sentenced to 90 days of imprisonment.

    n. A record of conviction indicating that on or about July 22, 2022, MEDINA was convicted of Failure to Comply With Annual Registration Requirements, in violation of Section 290.012(a)/290.018(b) of the California Penal Code, in the Superior Court of the State of California, County of Orange, Case Number 22NF1436, for which MEDINA was sentenced to 90 days of imprisonment.

    11. I found nothing in MEDINA's A-File that indicated that he had applied to the United States Attorney General or his designated successor, the Secretary of Homeland Security, for permission to re-enter the United States following his last deportation and removal. Based upon my knowledge, training, and experience, I believe that if any application had been made, a record would ordinarily be located in the A-File.

    12. On or about November 16, 2022, I reviewed the DHS computer indices on MEDINA. Based on my training and experience, I know that the DHS computer indices track and document each time an alien is deported from the United States by ICE (or INS) or is granted permission to enter or re-enter

the United States. The DHS computer indices confirmed that MEDINA had been removed and deported on or about the dates indicated on the Warrants of Removal/Deportation and Notices to Alien Ordered Removed/Departure Verification found in MEDINA's A-File. The DHS computer indices further indicated that MEDINA had not obtained permission from the Attorney General or his designated successor, the Secretary of Homeland Security, to re-enter the United States legally since MEDINA had last been deported.

13. Based on my review of the contents of A-File A95 761 427, I believe that MEDINA is an alien, that he is a citizen of Mexico who illegally re-entered the United States without permission.

## CONCLUSION

14. Based upon the information indicated above, including the Notices and Order of Expedited Removal, Warrants of Removal/Deportation, Notices to Alien Ordered Removed/Departure Verification, copies of conviction documents, booking photographs taken in the United States after the date of removal, and the absence of an application to re-enter the United States, I have probable cause to believe that PEDRO

///

///

MEDINA VILLAVALSO is in violation of Title 8, United States Code, Section 1326(a), (b)(1) (Illegal Alien Found in the United States Following Deportation or Removal).

                                       /s/
                           _____
                           Jared Bromberg, Deportation Officer
                           U.S. Immigration & Customs Enforcement

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by telephone
on this <u>21st</u> day of November, 2022.

**DOUGLAS F. McCORMICK**
_____
HONORABLE DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE